Christopher S. Marks, WSBA #28634
Dirk Bernhardt, WSBA #33071
TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email: cmarks@tktrial.com
dbernhardt@tktrial.com
seattle.service@tktrial.com

The Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DAVID JANIASHVILI,

   Plaintiff,

  v.

MACK TRUCK LINES, INC., a
California corporation; JAGVINDER
SINGH, individually and as Successor in
Interest to the Estate of JASPREET
SINGH; ARTUDIANTI, INC.; and
DACHI GOGOLADZE,

   Defendants.

No. 2:20-cv-00442-TOR

DEFENDANTS ARTUDIANTI, INC.
AND DACHI GOGOLADZE'S NOTICE
OF SETTLEMENT

  Defendants Artudianti, Inc. and Dachi Gogoladze hereby notify the Court that they have reached a settlement with Plaintiff David Janiashvili of the claims against them in this lawsuit. A stipulated motion and proposed order of dismissal will be filed in due course.

  ///

  ///

  ///

  ///

  ///

DEFENDANTS ARTUDIANTI, INC. AND DACHI
GOGOLADZE'S NOTICE OF SETTLEMENT - 1
Case No.: 2:20-cv-00442-TOR

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

DATED this 2nd day of August, 2022.        TANENBAUM KEALE, LLP


By: s/Christopher S. Marks
By: s/Dirk Bernhardt
Christopher S. Marks, WSBA #28634
Dirk Bernhardt, WSBA #33071

One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:    cmarks@tktrial.com
          dbernhardt@tktrial.com
          seattle.service@tktrial.com

Attorneys for Defendants Artudianti, Inc. and Dachi Gogoladze

DEFENDANTS ARTUDIANTI, INC. AND DACHI
GOGOLADZE'S NOTICE OF SETTLEMENT - 2
Case No.: 2:20-cv-00442-TOR

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard C. Feltman
FELTMAN EWING, P.S.
421 West Riverside, Suite 1600
Spokane, WA 99201
Phone:  (509) 838-6800
FAX#:  (509) 744-3436
Email: richf@feltmanewing.com
feliciak@feltmanewing.com
*Attorneys for Plaintiff*

John R. Gorey (admitted pro hac vice)
GOREY LAW GROUP
221 North LaSalle Street, Suite 1600
Chicago, Illinois 60601
Phone:  (312) 445-5859
Email: john@goreylawgroup.com
*Attorneys for Plaintiff*

Signed at Seattle, Washington this 2nd day of August, 2022.

s/Maria Tiegen
Maria Tiegen
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
Telephone: (206) 889-5155
Email:  mtiegen@TKTrial.com

DEFENDANTS ARTUDIANTI, INC. AND DACHI
GOGOLADZE'S NOTICE OF SETTLEMENT - 3
Case No.: 2:20-cv-00442-TOR

TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150