UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID JANIASHVILI,<br><br>                Plaintiff,<br><br>vs.<br><br>MACK TRUCK LINES, INC., a California Corporation; JADVINDER SINGH, individually and a Successor in Interest to the Estate of JASPREET SINGH; ARTUDIANTI, INC., and DACHI GOGOLADZE,<br><br>                Defendants. | NO: 2:20-CV-0442-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Defendants Artudianti, Inc. and Dachi Gogoladze's Notice of Settlement and Plaintiff's Motion to Dismiss. ECF Nos. 44, 46. These parties agree that Plaintiff's claims against Defendants Artudianti, Inc. and Dachi Gogoladze should be dismissed with prejudice, with the parties to bear their own costs and fees and the Court to retain jurisdiction solely for the purpose of enforcing the terms of settlement. Defendants Mack Truck Lines, Inc. and

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Jagvinder Singh as Successor in Interest of the Estate of Jaspreet Singh, did not file an appearance or answer the complaint and are currently in default. However, Plaintiff seeks an order voluntarily dismissing his claims against these parties, with prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss, ECF No. 46, is **GRANTED**.
2. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice, with each party to bear its own costs and fees, and the Court to retain jurisdiction solely for the purpose of enforcing the terms of settlement.
3. All deadlines, hearings and pending motions are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 3, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2