# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2022

SEAN F. McAVOY, CLERK

DAVID JANIASHVILI,
*Plaintiff*
v.
MACK TRUCK LINES, INC., JADVINDER SINGH, ARTUDIANTI, INC., and DACHI GOGOLADZE,
*Defendant*

Civil Action No. 2:20-CV-0442-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a) and the parties' stipulation, this action is DISMISSED with prejudice, with each party to bear its own costs and fees, and the Court to retain jurisdiction solely for the purpose of enforcing the terms of settlement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on

Defendants Artudianti, Inc. and Dachi Gogoladze's Notice of Settlement and Plaintiff's Motion to Dismiss. ECF Nos. 44, 46.

Date: October 3, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry